## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    **Plaintiffs,**

    vs.

ROBERT CULBERSON,

                    **Defendants.**

**8:21CR192**


**AMENDED ORDER**


The defendant, Robert Culberson, has filed a Motion to Suppress and Request for Hearing (Filing No. 76).  Accordingly,

**IT IS ORDERED:**

1. On or before **November 12, 2021**, the government shall file its brief in opposition to the defendant's motion.  See NECrimR 12.3(c).

2. On or before **November 19, 2021**, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before **November 29, 2021**, the parties shall deliver to the undersigned's chambers via email to nelson@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. The telephone status conference scheduled for December 6, 2021, is cancelled.  A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **December 13, 2021, at 11:00 a.m.**   The parties shall use the conferencing instructions at Filing No. 80 to participate in the conference.

Dated this 1st day of November, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge