# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiffs, | **8:21CR192** |
| vs. | **SECOND AMENDED ORDER** |
| **ROBERT CULBERSON,** | |
| Defendants. | |

This matter comes before the Court on the Defendant's Motion to Extend (Filing No. 84). After review of the motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED:**

1. On or before **December 3, 2021**, the government shall file its brief in opposition to the defendant's motion. See NECrimR 12.3(c).

2. On or before **December 10, 2021**, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before **December 10, 2021**, the parties shall deliver to the undersigned's chambers via email to nelson@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing remains scheduled before the undersigned magistrate judge on **December 13, 2021, at 11:00 a.m.** The parties shall use the conferencing instructions at Filing No. 80 to participate in the conference.

Dated this 16th day of November, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge