## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:21CR192** |
| **vs.** | |
| | **ORDER** |
| **ROBERT CULBERSON,** | |
| **Defendant.** | |

This matter is before the Court on the defendant's motion (Filing No. 266) requesting "a copy of my full discovery."

Pursuant to a plea agreement (Filing No. 190), the defendant pleaded guilty to counts V and VI of the Indictment.  On August 15, 2023, the defendant was sentenced to the United States Bureau of Prisons for a term of imprisonment of one hundred twenty (120) months on Count V and sixty (60) months on Count VI to be served consecutive to the sentence imposed on Count V of the Indictment (for a total of 180 months); supervised release for a term of five (5) years on Count V and five (5) years on Count VI to run concurrently with special conditions; and special assessment of $200.00.  (Filing Nos. 227, 229).

The defendant has now filed the instant motion addressed to the Clerk of Court "requesting a copy of my full discovery."  Other than this motion, the defendant has no motions or cases pending before this court.  The defendant does not elaborate upon what he means by "full discovery," explain why he is requesting "full discovery," or indicate from whom he is seeking "full discovery."  Under the circumstances, the Court is not inclined to grant the defendant's request.  Accordingly,

**IT IS ORDERED** that the defendant's motion (Filing No. 266) requesting a copy of "full discovery" is denied.

Dated this 15th day of April, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge