IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ROBERT CULBERSON,<br><br>        Defendant. | Case No. 8:21CR192<br><br>**Order** |

Before the Court is the request for transcript of hearing held on January 31, 2022.

**IT IS ORDERED:**

1. The request for transcript, filing [268] is granted.

2. Robert Culberson, is advised that the cost of the transcript is $88.00. To proceed with this request, payment should be sent to the Clerk of Court. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $88.00, a refund check will be issued. The audio file for the hearing held on January 31, 2022, is sealed therefore, upon receipt of payment, the Clerk of Court is ordered to prepare a transcript under **seal**.

3. Upon receipt of the payment, the Clerk of Court is ordered to prepare a **sealed** transcript of the hearing held on January 31, 2022. A copy of this order should also be mailed to Robert Culberson.

DATED: April 17, 2024

                                        BY THE COURT:

                                        s/ Michael D. Nelson
                                        United States Magistrate Judge